**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ruby Norris Freeman                    Randall Brian Keiser
Attorney at Law                        Keiser Law Firm, PLC
P. O. Box 566                          P. O. Box 12358
Alexandria LA 71309-1710               Alexandria LA 71303

**REHEARING ACTION: May 17, 2017**

**Docket Number: 16   00960-CA**

**MARY FISHER, ET AL**
**VERSUS**
**THE TOWN OF BOYCE, ET AL.**

**Appealed from Rapides Parish Case No. 255497**

<u>**BEFORE JUDGES**</u>:

    **Hon. Marc T. Amy**
    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mayor Alma Moore and Town of Boyce** has this day been

    **DENIED.**

cc: Daniel Elmo Broussard, Jr., Counsel for the Appellee